**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**EDWARD ARTHUR GRIFFIN**                                                  **PETITIONER**

**v.**                                     **No. 2:07CR11-P-B**

**UNITED STATES OF AMERICA**                                           **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct the sentence of Edward Arthur Griffin is hereby **DENIED**, and the cause is dismissed with prejudice.

**SO ORDERED,** this the 26th day of October, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE